

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRM:OG
F. #2003R00452

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 15, 2022

By ECF

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Vincent DeMartino
                  Criminal Docket No. 03-285 (RJD)

Dear Judge Dearie:

        The government respectfully submits this update to supplement the government's February 24, 2022 response.  See ECF Nos. 258 and 259.

        On March 7, 2022, the BOP once again arranged for the defendant go to the emergency room based upon complaints related to his left eye.[1]  According to the Assistant Health Services Administrator for FCC Hazelton (the "Health Administrator"), the defendant was discharged back to the prison on the same day.  The Health Administrator also confirmed that the ophthalmology department was consulted during the emergency room visit and it was determined that the defendant should not be admitted and did not require surgery at that time.  In addition, the Health Administrator confirmed that a follow up appointment with an ophthalmologist has been scheduled to take place in the near future.  The precise date of that appointment, however, cannot be disclosed as the appointment will then need to be canceled for security concerns.

---

        [1] Medical records regarding this hospital visit are attached as an Exhibit under seal.

The Health Administrator also noted that with the restrictions due to COVID-19 hopefully coming to an end, he is optimistic that appointments will return to pre-pandemic scheduling time frames and the facility will be able to get them completed sooner.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Oren Gleich
Oren Gleich
Assistant U.S. Attorney
(631) 715-7889

cc: Benjamin Yaster, Esq. (by ECF)
Clerk of Court (by ECF)